UNITED STATES DISTRICT
EASTERN DISTRICT OF LOUISIANA

ABDELRAZAK HAMED d/b/a                          CIVIL ACTION
RIVER FINE FOODS STORE

VERSUS                                          NO. 06-7707

USF INSURANCE COMPANY, ET AL                    SECTION "K"(3)

## ORDER

Before the Court is defendant Martin Insurance Agency, Inc.'s motion for summary judgment (Doc. 19).  Counsel for plaintiff has advised the Court that he has no opposition to the motion.  Accordingly,

**IT IS ORDERED** that the motion for summary judgment filed by defendant Martin Insurance Agency, Inc. is **GRANTED.**

New Orleans, Louisiana, this 11th day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE