**MINUTE ENTRY**
**DUVAL, J.**
**MAY 2, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ABDELRAZAK HAMED d/b/a**  **CIVIL ACTION**
**RIVER FINE FOODS STORE**

**VERSUS**   **NO. 06-7707**

**USF INSURANCE COMPANY**   **SECTION "K"(3)**

For the reasons stated on the record at the hearing held on April 30, 2008, the "Motion to Strike and Exclude Witnesses" filed on behalf of defendants Forest Facilities, Inc. Alea London, Ltd., and Catlin Insurance Company, Ltd. (Doc. 43) is granted in part.  Because plaintiff has not provided counsel for defendant with any expert written reports, no witness called by plaintiff at the trial of this matter will be permitted to provide expert testimony pursuant to Rule 702 of the Federal Rules of Evidence.